1010

STEVEN C. RIDGE, Appellant, v ALICE GOLD et al., Defendants, and JAY BRAYMILLER, Respondent.

Decided June 26, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

ROBERT L. SCHULZ, Appellant, v STATE OF NEW YORK EXECUTIVE et al., Respondents. (Index No. 4115-13.)

Decided June 26, 2014

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie where the judgment appealed from does not finally determine the action within the meaning of the Constitution (*see Flushing Natl. Bank v City of New York*, 38 NY2d 999 [1976]; NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

ROBERT L. SCHULZ et al., Appellants, v NEW YORK STATE EXECUTIVE et al., Respondents. (Index No. 1232-13.)

Decided June 26, 2014

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

ROBERT L. SCHULZ, Appellant, v SHELDON SILVER, as Speaker of the State Assembly, Respondent.

Decided June 26, 2014

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions

other than the constitutional validity of a statutory provision are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

---

In the Matter of STATE OF NEW YORK, Respondent, v ENRIQUE T., Appellant.

Decided June 26, 2014

Appeal, insofar as it seeks review of the February 27, 2014 Appellate Division order, dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved. Defendant's appeal from the February 27, 2014 Appellate Division order brings up for review only the prior nonfinal Appellate Division order entered January 26, 2012 (*see* CPLR 5601 [d]; 5501 [b]; *Curiale v Ardra Ins. Co.*, 86 NY2d 774 [1995]; *Matter of Greatsinger*, 66 NY2d 680, 682-683 [1985]; *Gilroy v American Broadcasting Co.*, 46 NY2d 580, 584 [1979]).

---

MICHELE TREZZA, Appellant, et al., Plaintiff, v METROPOLITAN TRANSPORTATION AUTHORITY et al., Respondents, et al., Defendant.

Decided June 26, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the Appellate Division does not have the power to grant leave to appeal to the Court of Appeals on a certified question from an order granting a new trial (*see* CPLR 5601 [c]; 5602 [b] [1]; *Fishman v Manhattan & Bronx Surface Tr. Operating Auth.*, 78 NY2d 878 [1991]; *Maynard v Greenberg*, 82 NY2d 913, 915 [1994]), without prejudice to appellant stipulating in a timely fashion as determined by the Appellate Division to a reduced award for past pain and suffering and moving for leave to appeal at the Appellate Division pursuant to CPLR 5602 (a) (1) (ii) from the amended judgment entered on such stipulation.